# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL: JEFFREY.BRECHER@JACKSONLEWIS.COM

May 4, 2026

**VIA ECF**

District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Pilabre et al. vs. Parts Authority, LLC, et al.,*
Case No. 1:26-cv-01443-PAE

Dear Judge Engelmayer:

As counsel for Defendants Parts Authority, LLC and Parts Authority-WAW, LLC (the "Parts Authority Defendants"), we write with the consent of Plaintiff's counsel, pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice and the Court's April 27, 2026 Scheduling Order (ECF Dkt. No. 40) to respectfully request an adjournment of the initial conference currently scheduled for May 27, 2026 because I will be out of the country on the scheduled date for the conference. Accordingly, the Parts Authority Defendants respectfully request that the Court adjourn the initial conference – and all concomitant deadlines – to a date after June 3, 2026.  The other Defendants have not yet entered an appearance. This is the Parts Authority Defendants' first request for an adjournment of this conference; it does not impact any other deadlines.

Thank you for your time and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Jeffrey Brecher*

JEFFREY W. BRECHER

JWB:dc
4921-8795-6391, v. 1

GRANTED.

The Court hereby adjourns the telephonic initial conference in this matter to June 12 at 11 a.m.  By June 5, 2026, the parties shall submit the pre-conference materials described at page two of docket 40.

SO ORDERED.

Date:  May 4, 2026
       New York, New York

PAUL A. ENGELMAYER
United States District Judge