# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL:  JEFFREY.BRECHER@JACKSONLEWIS.COM

June 17, 2026

**VIA ECF**

District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Pilabre et al. vs. Parts Authority, LLC, et al.*,
Case No. 1:26-cv-01443-PAE

Dear Judge Engelmayer:

As counsel for Defendants Parts Authority, LLC and Parts Authority-WAW, LLC (the "Parts Authority Defendants" or "Parts Authority"), we submit this letter jointly with counsel for all parties pursuant to the Court's June 10, 2026 Order (ECF Dkt. No. 49) in advance of the initial conference scheduled for June 24, 2026 at 3:30 p.m.

### I.    A Brief Description of the Case, Including the Factual and Legal Bases for the Claim(s) and Defense(s), and the History of the Case.

Plaintiffs: Plaintiffs Tanko Pilabre, Boris de Jesus Bermudez Gil, Mohammed Mubarik, and other similarly situated workers worked at Parts Authority's Bronx Warehouse for joint employers Parts Authority LLC and Parts Authority-WAW LLC (the "Parts Authority Defendants"), and DJR Logistics Corp., DRA Logistics Corp., 130 St Equities LLC, AC Automotive, Inc., AD Delivery & Warehousing Inc., and Bhagwandin Ram a/k/a Steve Ram a/k/a Steve Dabie (the "DJR Defendants"). Plaintiffs and similarly situated workers regularly worked sixty or more hours per workweek but were paid at regular hourly wage rates that at times fell below the New York statutory minimum wage rate and were deprived of overtime pay for hours worked over forty for each workweek, in violation of the Fair Labor Standards Act and New York Labor Law. While their wages were issued by the DJR Defendants, Plaintiffs work at the Bronx Warehouse was supervised, scheduled, directed, and controlled by the Parts Authority Defendants. Plaintiffs bring their claims for unpaid overtime wages and spread-of-hours pay and wage notice and statement violations on a class and collective basis under the FLSA and NYLL.  To date, nine additional workers have filed consents to join the action as opt-in plaintiffs.

# JacksonLewis

District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
June 17, 2026
Page 2

<u>Parts Authority Defendants</u>: Parts Authority Defendants deny any liability to Plaintiffs for the claims alleged. Plaintiffs were not employed by Parts Authority. Parts Authority did not recruit them, interview them, hire them, determine their rates of pay, issue any paychecks to them, or control the terms and conditions of their work. Parts Authority does not maintain any personnel files regarding Plaintiffs or pay records and does not even know what their rates of pay were. Plaintiffs were hired by one or more of the co-Defendants who determined their wages. Accordingly, any claims against the Parts Authority Defendants should be dismissed. Parts Authority denies it is a "joint employer" of Plaintiffs.

<u>DJR Defendants</u>: DJR Defendants (AD Delivery & Warehousing and AC Automotive, Inc.) have been defunct for more than ten years. DJR Defendant DJR Logistics is operated by Bhagwandin Ram and is a recently established company with no connection to the alleged claims. The remaining DJR Defendants (DRA Logistics Corp. and 130 St. Equities LLC) contend that these Defendants submitted Plaintiffs' timesheets to Parts Authority Defendants who accepted and reviewed Plaintiffs' timesheets and paid their wages, through DJR defendants, with the full knowledge of the payment structure.

## II.    **Contemplated Motions.**

*See* Proposed Case Management Plan: motion for conditional certification under the FLSA; motion for class certification under the New York Labor Law; motion for summary judgment regarding joint employer status.

## III.    **Prospect for Settlement.**

The parties will be in a better position to evaluate the likelihood of settlement in this matter following the production of pay and time records.

Thank you for your time and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Jeffrey Brecher*

JEFFREY W. BRECHER

4920-1453-3301, v. 1