UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANKO PILABRE *et al.*,

Plaintiffs,

-v-

PARTS AUTHORITY, LLC *et al.*,

Defendants.

26 Civ. 1443 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Parts Authority Defendants' motion to compel arbitration and stay litigation as to the cross-claims filed by the DRA Defendants. Dkts. 63–65. Any opposition by the DRA Defendants is due September 14, 2026. Any reply by the Parts Authority Defendants is due September 21, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 1, 2026
New York, New York