UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TANKO PILABRE, BORIS DE JESUS BERMUDEZ GIL, and MOHAMMED MUBARIK on behalf of *themselves and all others similarly situated,*

Case No.: 26-cv-1443(PAE)

Plaintiffs,

-against-

**STIPULATION OF SUBSTITUTION OF COUNSEL**

PARTS AUTHORITY, LLC, PARTS AUTHORITY-WAW LLC, DJR LOGISTICS CORP., DRA LOGISTICS CORP., 130 ST EQUITIES LLC, AC AUTOMOTIVE, INC., AD DELIVERY & WAREHOUSING INC.,SEEROJNIE DABIE AS ADMINISTRATOR OF THE ESTATE OF AMRIT DABIE, RAMNARINE DABIE a/k/a STEVE RAM a/k/a STEVE DABIE, RAVINDRA DABIE, and BHAGWANDIN RAM,

Defendants.

---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND CONSENTED** that STEPHEN D. HANS & ASSOCIATES, P.C., Attorneys at Law, with offices at 30-30 Northern Blvd, Suite 401, Long Island City, NY 11101, be and hereby are substituted in place and instead of, Kevin Rahsaan Grant, Esq., with offices at 143-75 230th Place, Laurelton, NY 11413, as attorneys for the Defendant DJR Logistics Corp and Bhagwandin Ram in the above-entitled action and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: October 15, 2026
Long Island City, NY

**LAW OFFICE OF KEVIN RAHSAAN GRANT**

By: ______________________
Kevin Rahsaan Grant
143-75 230th Place
Laurelton, NY 11413
Tel: 516-225-1610

**STEPHEN D. HANS & ASSOCIATES, P.C.**

By: ______________________
Stephen D. Hans
30-30 Northern Blvd, Suite 401
Long Island City, NY 11101
Tel: 718.275.6700

**DJR LOGISTICS CORP**

BY: ______________________
RAMNRAINE DABIE

**BHAGWANDIN RAM**

BY: ______________________
BHAGWANDIN RAM

Sworn to me this 19 day
of October, 2026

______________________
Notary Public

STEPHEN D. HANS
Notary Public, State of New York
No: 02HA0018051
Qualified in Queens County
Commission Expires: December 7, 2027

SO ORDERED.

Date: October 20, 2026
New York, New York

______________________
PAUL A. ENGELMAYER
United States District Judge